**FILED**

08/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0177

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 24-0177

CITY OF KALISPELL, a Municipal Corporation

    Appellee/Petitioner,

    v.

R PORCH CONSTRUCTION, INC., a Montana Corporation,

    Appellant/Interested Party/Defendant

DIABLO INVESTMENTS, LLC, a Montana Limited Liability Company; KALISPELL AIRPORT ASSOC., a Montana Corporation; RED EAGLE AVIATION, INC., a Montana Corporation; and JOHN DOES 1-10,

    Interested Parties/Defendants.

### ORDER GRANTING MOTION TO DISMISS

Appellant R Porch Construction, Inc., moved this Court to dismiss the appellate proceeding as part of an executed Settlement Agreement. The motion was unopposed. For good cause appearing,

IT IS HEREBY ORDERED that Appellant's Motion to Dismiss is GRANTED, and all proceedings in this appeal shall be dismissed.

**ORDER GRANTING MOTION TO DISMISS**

DATED this \_\_\_\_ day of August, 2024.

_____

CC:   Sarah D. Simkins
        Paul A. Sandry
        Taylor N. Eisenzimer
        Johnna Preble
        Arthur V. Wittich

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 12 2024